# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

**Robert T Matsui United States Courthouse**
**501 I Street, Suite 3−200**
**Sacramento, CA 95814**

(916) 930−4400
www.caeb.uscourts.gov
M−F 9:00 AM − 4:00 PM

**FILED**

**2/17/10**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

wlos

## NOTICE OF CONVERSION TO CHAPTER 7, MEETING OF CREDITORS, & DEADLINES

**A bankruptcy case concerning the debtor(s) listed below was originally filed under chapter 13 on 1/8/10 and was converted to chapter 7 on 2/17/10.**

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed above. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Case Number:** 10−20367 − E − 7

**Debtor Name(s), Last four digits of Social Security or Individual Taxpayer ID (ITIN) No(s)./Complete EIN, and Address(es):**

Eli Den Arend
xxx−xx−9364

1617 Leta Ln
Oroville, CA 95965

Francina Den Arend
xxx−xx−9333

1617 Leta Ln
Oroville, CA 95965

**Debtor's Attorney:**
Douglas B. Jacobs
20 Independence Cir
Chico, CA 95973
**Telephone Number:** (530) 342−6144

**Trustee:**
John W. Reger
280 Hemsted #C
Redding, CA 96002
**Telephone Number:** 530−224−9939

## MEETING OF CREDITORS

**Location:** **2986 Bechelli Lane, 2nd Floor, Room 200, Redding, CA**

**Date & Time:** **4/14/10 10:00 AM**

The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors. See Explanations and Important Notice to Individual Debtors on reverse side.

**Presumption of Abuse under 11 U.S.C. § 707(b)** − *See "Presumption of Abuse" on the reverse side.*

The presumption of abuse does not arise.

**Deadlines** − Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts:**
**6/14/10**

**Deadline to Object to Exemptions: Thirty (30) days after the conclusion of the meeting of creditors.**

## Creditors May Not Take Certain Actions

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**It is unnecessary to file claims at this time** because it does not appear from the schedules that enough assets are available for payment of a dividend to creditors. If sufficient assets become available, you will be sent a Notice to File Claims.

## Creditor with a Foreign Address

A creditor to whom this notice is sent at a foreign address should read the information under "It Is Unnecessary to File a Proof of Claim at This Time" on the reverse side.

## See Reverse Side For Important Explanations.

Dated:
2/17/10

For the Court,
Richard G. Heltzel , Clerk

FORM L9a
(Continued)

# EXPLANATIONS

| | |
|---|---|
| Conversion of Bankruptcy Case to Chapter 7 | The bankruptcy case filed in this court by or against the debtor(s) listed on the front side has been converted to a case under chapter 7 of the Bankruptcy Code (Title 11, United States Code). |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; starting or continuing lawsuits or foreclosures; repossessing the debtor's property; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice.<br><br>**Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government issued photo identification and proof of social security number to the trustee at the meeting of creditors. *Failure to appear at the meeting of creditors, or failure to provide proper identification and proof of social security information, may result in a motion to dismiss your case.* |
| It is Unnecessary to File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *It is therefore unnecessary to file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a) (2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts, and the list of property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

**––– Refer to Other Side For Important Deadlines and Notices –––**

# CERTIFICATE OF NOTICE

```
District/off: 0972-2          User: wlos               Page 1 of 1              Date Rcvd: Feb 17, 2010
Case: 10-20367                Form ID: L9a             Total Noticed: 15

The following entities were noticed by first class mail on Feb 19, 2010.
db/jdb        +Eli Den Arend,   Francina Den Arend,   1617 Leta Ln,   Oroville, CA 95965-3022
tr            +John W. Reger,   280 Hemsted #C,   Redding, CA 96002-0934
tr             Lawrence J. Loheit,   PO Box 1858,   Sacramento, CA  95812-1858
17170414      +JPMorgan Chase Bank, N.A.,   Resurgent Capital Services,   PO Box 10587,
                Greenville SC 29603-0587
17064840       US Department Of Education,   PO Box 5609,   Greenville TX 75403-5609

The following entities were noticed by electronic transmission on Feb 17, 2010.
aty           +E-mail/Text: jacobsd@jacobsanderson.com                          Douglas B. Jacobs,
               20 Independence Cir,   Chico, CA 95973-0210
tr            +EDI: QJWREGER.COM Feb 17 2010 19:53:00     John W. Reger,   280 Hemsted #C,
                Redding, CA 96002-0934
17064837      +EDI: RMSC.COM Feb 17 2010 19:48:00     Care Credit,   PO Box 981127,   El Paso TX 79998-1127
17064838      +EDI: CHASE.COM Feb 17 2010 19:53:00     Chase Bank,   PO Box 15548,   Wilmington DE 19886-5548
17064839      +EDI: RMSC.COM Feb 17 2010 19:48:00     Mervyns,   PO Box 960013,   Orlando FL 32896-0013
17147909      +EDI: MID8.COM Feb 17 2010 19:53:00     Midland Credit Management, Inc.,   8875 Aero Dr #200,
                San Diego CA 92123-2255
17064841      +EDI: CHASE.COM Feb 17 2010 19:53:00     Washington Mutual,   PO Box 94014,
                Palatine IL 60094-4014
17170679      +EDI: WFFC.COM Feb 17 2010 19:53:00     Wells Fargo Bank, N.A.,   Home Equity Group,   X2303-01A,
                1 Home Campus,   Des Moines, IA 50328-0001
17074312      +EDI: WFFC.COM Feb 17 2010 19:53:00     Wells Fargo Bank, N.A.,   Wells Fargo Card Services,
                Recovery Department,   PO Box 9210,   Des Moines IA 50306-9210
17064842      +EDI: WFFC.COM Feb 17 2010 19:53:00     Wells Fargo Home Mortgage,   PO Box 10355,
                Des Moines IA 50306-0355
17064843      +EDI: WFFC.COM Feb 17 2010 19:53:00     Wells Fargo Visa,   PO Box 30086,
                Los Angeles CA 90030-0086
                                                                                                  TOTAL: 11

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 19, 2010** **Signature:** Joseph Speetjens