# LAWRENCE J. LOHEIT, CHAPTER 13 TRUSTEE
## §341 MEETING OF CREDITORS REPORT

FILED
March 12, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002480004

03/11/2010
10:00:00AM

---

10-20367-E-13L                    0.00  %              **Debtor 1**   **Debtor 2**   **Atty**
                                                Appeared Prior
**DEN AREND, ELI**          ☐ DSO CASE          Failed to Appear    ✓      ✓
**DEN AREND, FRANCINA**                          Appeared
         Converted 2.17.10    TRACK  06          Sworn                            ✓
Attorney:                                        Photo ID
DOUGLAS B JACOBS ESQ                             SS# ID
                                                 Examined

LJL ✓ /NLE ___/OTHER___

Creditor(s) Appeared: _____ None

☑ 341 Concluded   ☐ No OTC   ☐ As Amended   ☐ Refer for:   ☐ MTD   ☐ OTC   ☐ OT Exemptions
☐ No OTC ALA: _____
☐ MTC Needed & No Obj
☐ MTC Needed & No Obj ALA _____
☐ 341 Cont to: _____ @ _____   ☐ SSN/ID   ☐ Technical Cont: _____
341 Cont to: ☐ Sacramento, Rm 7A;  ☐ Redding, Rm 200;  ☐ Other _____

---

## ISSUES THAT NEED TO BE RESOLVED

☐ Failed to appear              ☐ Exceeds 60 mos               ☐ No spousal waiver
☐ No or inadequate SS#/ / ID    ☐ No Proof of Adeq Prot Pmts
☐ Delinquent                    ☐ No Proof of Class 1 Pmts     ☐ Homestead issue
   ☐ plan payments              ☐ MTV/MTAL Problem
   ☐ 3rd party/other            ☐ Fails liquidation            ☐ Property descr. inadeq.
                                ☐ Exceeds debt limits
                                ☐ Not Feasible/Tight Budget    ☐ Over-exempt cars

☐ Paystubs
☐ Tax Return                    ☐ Not Best Effort/Good Faith   ☐ Over-exempt
☐ DSO WKS
☐ Case Dism 109g                ☐ Fixed Payment Issue          ☐ Incorrect exemptions
☐ Other

                                ☐ Other                        ☐ Other

---

**341 NOTES**